**SEALED**

# United States District Court

## SOUTHERN DISTRICT OF INDIANA

UNITED STATES OF AMERICA

v.

DJAMIL R. ROBERTS

**CRIMINAL COMPLAINT**
SEALED
CASE NUMBER: 1:17-mj-0816

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

Count One - on or about August 30, 2017, in the Southern District of Indiana, defendant Djamil R. Roberts did possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, and a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); and

Count Two - on or about August 30, 2017, in the Southern District of Indiana, defendant Djamil R. Roberts did possess a firearm as a previously convicted felon, in violation of Title 18, United States Code, Section 922(g).

I further state that I am a Detective, and that this complaint is based on the following facts:

See attached Affidavit

**Continued on the attached sheet and made a part hereof.**

_____
Brian S. Stewart, Sr., Detective (MDTF)

**Sworn to before me, and subscribed in my presence**

September 18, 2017                     at      Indianapolis, Indiana
**Date**

Debra McVicker Lynch, U.S. Magistrate Judge
**Name and Title of Judicial Officer**                     **Signature of Judicial Officer**

## AFFIDAVIT IN SUPPORT OF APPLICATION FOR CRIMINAL COMPLAINT AND ARREST WARRANT

Brian S. Stewart, Sr., being duly sworn under oath, states as follows:

### I. INTRODUCTION

1. I am a Detective with the Plainfield Police Department, and have been since 2003. I am currently assigned to the Indianapolis Metro Drug Task Force (MDTF). In connection with my duties in this unit, I investigate criminal violations of Indiana narcotics laws and federal narcotics laws, including, but not limited to, Title 21, United States Code, Sections 841, 843 and 846. I have received special training in the enforcement of laws concerning controlled substances as found in Title 21 of the United States Code. I have testified in judicial proceedings and prosecutions for violations of controlled substances laws. I also have been involved in various types of electronic surveillance, and in the debriefing of defendants, witnesses and informants, who have knowledge of the distribution and transportation of controlled substances. I have received training in investigations involving the interception of wire and electronic communications. I am familiar with the ways in which drug traffickers conduct their business, including, but not limited to, their methods of distributing controlled substances, and their use of telephones and code language to conduct their transactions. I am familiar with and have participated in all of the normal methods of investigation, including, but not limited to, visual surveillance, the general questioning of witnesses, the use of informants, the use of pen registers, wiretaps, and undercover operations.

2. In connection with my law enforcement duties, I investigate criminal violations of the federal drug laws, including, but not limited to Title 21, United States Code, Sections 841, 843, 846, and 848; money laundering laws, including Title 18, United States Code, Sections 1956 and 1957; and firearm laws, including Title 18, United States Code, Sections 922

and 924. I have received training in the enforcement of laws concerning controlled substances throughout my career as a Detective with the MDTF. I have testified in judicial proceedings and prosecutions for violations of firearms and controlled substances laws.

3. This affidavit is submitted in support of a Criminal Complaint charging DJAMIL R. ROBERTS (ROBERTS) with possession with intent to distribute controlled substances, including 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, and a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and with possession of a firearm as a previously convicted felon, in violation of Title 18, United States Code, Section 922(g).

4. The statements contained in this Affidavit are based in part on my experience and background as a narcotics investigator with the IMPD, information provided by, and conversations held with, Special Agents with the HSI, and detectives with MDTF, the Indiana State Police, Plainfield Police Department, Indianapolis Metropolitan Police Department, and other law enforcement officers, others described below, and a review of reports and database records.

5. I have not included each and every fact that has been revealed through the course of this investigation. I have set forth only the facts that are believed to be necessary to establish the required foundation for this issuance of the requested arrest warrant and criminal complaint.

## II. FACTS ESTABLISHING PROBABLE CAUSE

6. This investigation commenced on August 14, 2017 when I received a telephone call from a Confidential Source (hereinafter, the CS) advising he/she had knowledge of a cocaine

and marijuana trafficker in the Indianapolis, Marion County area. As a result of that information, other detectives and I began to investigate suspected cocaine/marijuana trafficker DJamil ROBERTS.

7. During the month of August 2017 MDTF and Plainfield officers conducted surveillance on 4355 Dunsany Circle in Indianapolis, Indiana (which investigation revealed was a suspected marijuana grow house operate by ROBERTS), and 10119 Morning Sun Court in Avon, Indiana (which is ROBERTS' home residence). During the course of surveillance in August 2017, ROBERTS was observed at the 4355 Dunsany Circle address. ROBERTS was also surveilled at his home residence of 10119 Morning Sun Court Avon, IN, including on August 30, 2017.

8. As a result of my investigation, which confirmed my belief that ROBERTS was engaged in the ongoing distribution of controlled substances,[1] on August 30, 2017 I applied for and was granted search warrants for 4355 Dunsany Circle Indianapolis, IN and 10119 Morning Sun Court Avon, IN. These warrants were then executed on August 30, 2017, by officers from MDTF, Indiana State Police, and Plainfield Police Department.

9. Through this investigation, I have found that ROBERTS controls 4355 Dunsany Circle. The IPL account is held by ROBERTS. I most recently observed ROBERTS at this property on August 29, 2017. During the search of 4355 Dunsany Circle Indianapolis, IN, investigators recovered the following:

    a) an active Marijuana grow, consisting of 46 mature marijuana plants, in the living room, master bedroom, and bedroom #2.

---

[1] For example, in the early hours of August 30, 2017, pursuant to a search warrant, IMPD Sergeant McDonald utilized his trained and certified narcotics detector dog at 4355 Dunsany Circle, that dog alerted for the presence of the odor of controlled substances at that time.

3

  b) approximately 40 pounds of marijuana packaged in food saver sealed bags were located in a Field and Stream gun safe in the 2 car attached garage.

  c) approximately two pounds of marijuana in vacuum sealed bags was located in the living room and the master bathroom.

  d) Three IPL bills for 4355 Dunsany Circle in the name of Djamil ROBERTS were located on top of the Kitchen cabinets.

10. I know through BMV records and the investigation that ROBERTS currently resides at 10119 Morning Sun Court, Avon, IN (as does his girlfriend, one other adult, and minor children). ROBERTS was most recently surveilled at this residence the morning of August 30, 2017. During the search of 10119 Morning Sun Court, Avon, IN, investigators recovered the following:

  a) a loaded Smith & Wesson .380 handgun bearing serial number CCV9138 was located in the Kitchen on top of the refrigerator;

  b) a loaded FNH 5.7 x 28 handgun bearing serial number 386303576 was located on top of the refrigerator;

  c) a loaded Bryco Arms .380 handgun bearing serial number 1260487 was located in the living room on a shelf behind a box;

  d) a loaded Glock 19, 9mm handgun bearing serial number AXE506 was located in bedroom #1 in between the mattress and box spring;

  e) a loaded Taurus Magnum, .38 Special bearing serial number T649192 was located in bedroom #1, in between the mattress and box spring;

  f) a loaded Smith & Wesson 40 shield, .40 caliber bearing serial number HUA8164 was located in bedroom #1 in the top drawer of a dresser;

g) a loaded Glock 30, .45 caliber bearing serial number TVY493 was located in master bathroom on top of the linen shelf;

h) a loaded Taurus .45 caliber, model PT945 bearing serial number NRG33069 was located in the master bathroom on top of the linen shelf;

i) two digital scales with cocaine residue were located in a kitchen cabinet next to the pantry;

j) $310,700.50 of U.S. currency was located in a Field and Stream gun safe, which was in the living room of the residence;

k) four BMO Harris Bank transaction receipts were located in the Field and Stream safe. The accounts related to these transaction receipts were later found to be accounts for which ROBERTS is the sole account holder.

11. On August 30, 2017, I applied for and was granted a search warrant for the following storage units: #3, #176, and #422, all located at A Westside Storage, 2255 South Raceway Road, Indianapolis, Indiana. I have reviewed the rental contract for these three units, which I obtained from A Westside Storage; this contract reflects that ROBERTS has been the sole renter of unit 3 since 2014, and units 176 and 422 since 2016.

12. During the execution of the search warrant of storage unit #3, investigators recovered the following:

a) a loaded Omni American tactical 5.56 rifle, bearing serial number NS028786 located in a box next to the Field and Stream safe.

b) an unloaded Masterpiece Arms 9mm, with a high capacity magazine, and noise suppressor was in a black case on top of the Field and Stream safe.

  c) twenty-four vacuum sealed bags of Marijuana, weighing 10, 767.1 grams, was located inside the Field and Stream safe.

  d) a brick of cocaine, weighing 1,015.92 grams was located inside the Field and Stream safe.

  e) two large zip-lock bags of cocaine, weighing an aggregate weight of 1,399.74 grams was located inside the Field and Stream safe.

  f) $72, 666 of U.S. currency was located inside the Field and Stream safe.

13. During the execution of the search warrant of storage unit #176, investigators recovered the following:

  a) a large white digital scale was located in a dresser drawer.

  b) a plastic bag containing cocaine, weighing 12.82 grams, was located in a dresser drawer.

  c) a clear plastic bowl with cocaine residue was located in a dresser drawer.

14. During the execution of the search warrant of storage unit #422, investigators found a 1966 Cadillac Deville. This vehicle was searched pursuant to search warrant on September 6, 2017, and the following items were found in the trunk of the vehicle: a total of 1,049.92 grams of marijuana, and 279.08 grams of cocaine.

15. A criminal records check reveal ROBERTS is a previously convicted felon, sustaining convictions for felony Possession of Marijuana (2000 and 2006 in Howard County), and felony Resisting Arrest in Howard County, Indiana (2005).

### III. CONCLUSION

16. Based upon my training and experience and the facts set forth herein, I submit that probable cause exists for the arrest of DJAMIL R. ROBERTS for his possession with intent

to distribute 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, and a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and with possession of a firearm as a previously convicted felon, in violation of Title 18, United States Code, Section 922(g).

_____
Brian S. Stewart, Sr.
Detective
Indianapolis Metro Drug Task Force

Signed and subscribed to before me
on this 18th day of September, 2017.

_____
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana